ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :    **UNSEALING ORDER**
     - v. -                         :
                                    :    07 Cr. 18
HERNANDO SARAVIA,                   :
   a/k/a "Bacalao,"                 :
                                    :
          Defendant.                :
- - - - - - - - - - - - - - - - - -x

    Upon the application of Michael J. Garcia, United States Attorney for the Southern District of New York, by Assistant United States Attorney Rosemary Nidiry, it is hereby

    ORDERED that Indictment 07 Cr. 18, <u>United States v. Hernando Saravia, a/k/a "Bacalao"</u>, and the accompanying Warrant for Arrest, shall be unsealed.


Dated:  New York, New York
        January 22, 2008

                                    _____
                                    JAMES C. FRANCIS
                                    UNITED STATES MAGISTRATE JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK

                                    **GABRIEL W. GORENSTEIN
                                    UNITED STATES MAGISTRATE JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:_____
JAN 2 2 2008