UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **United States of America** <br><br> -v- <br><br> HERNANDO SARAVIA, <br><br> **Defendant.** | **NOTICE OF APPEARANCE** <br><br> **Docket Number:** 1:07-CR-18 <br><br> **Judge:** <br><br> **Date:** July 28, 2008 |

  **PLEASE NOTICE,** that I have been retained by HERNANDO SARAVIA, the above named defendant.  I was admitted to practice in this district in 1989.

  **Signature:**   /s/ Todd M. Merer

  **Print Name:**  Todd M. Merer

  **Bar Code:**    TMM5219

  **Office Address:**   41 Madison Ave., Suite 5B

               New York,  New York 10010

  **Telephone #:**  212-683-2525